# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHAWN NOELL HOLLIDAY,
INDIVIDUALLY, AND ON BEHALF
OF ALL OTHERS SIMILARLY
SITUATED VEHICLES

VERSUS

THE LOUISIANA OFFICE OF
MOTOR VEHICLES, THROUGH
KAREN ST. GERMAIN, IN HER
OFFICIAL CAPACITY AS THE
COMMISSIONER OF THE
LOUISIANA OFFICE OF MOTOR
VEHICLES, THE LOUISIANA
DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE,
THROUGH JEFF LANDRY, IN HIS
OFFICIAL CAPACITY AS
LOUISIANA ATTORNEY GENERAL,
THE LOUISIANA DEPARTMENT OF
REVENUE, THROUGH KIMBERLY L.
ROBINSON, IN HER CAPACITY AS
THE SECRETARY OF THE
LOUISIANA DEPARTMENT OF
REVENUE, THE LOUISIANA
OFFICE OF DEBT RECOVERY, A
COOPERATIVE ENDEAVOUR
BETWEEN THE LOUISIANA
DEPARTMENT OF REVENUE AND
THE LOUISIANA ATTORNEY
GENERAL'S OFFICE, THROUGH
KIMBERLY L. ROBINSON, IN HER
OFFICIAL CAPACITY AS THE
SECRETARY OF THE LOUISIANA
DEPARTMENT OF REVENUE AND
JEFF LANDRY, IN HIS OFFICIAL
CAPACITY AS THE LOUISIANA
ATTORNEY GENERAL

NO.  2024 CW 0606

**OCTOBER 7, 2024**

---

In Re:    Louisiana Office of Motor Vehicles through Karen St.
          Germain, applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No. 652347.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

                        EW
                        SMM
                        HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT